1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LINDA M. BURROWS,

11          Plaintiff,                    No. CIV S-07-2243 EFB

12          vs.

13   MICHAEL J. ASTRUE,                   ORDER
     Commissioner of Social Security,
14
            Defendant.
15   _____/

16          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*.

17   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

18   prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

19   *pauperis* will be granted.  28 U.S.C. § 1915(a).

20          In accordance with the above, IT IS HEREBY ORDERED that:

21          1.  Plaintiff's request to proceed *in forma pauperis* is granted.

22          2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in

23   Social Security cases.

24          3.  The Clerk of the Court is further directed to serve a copy of this order on the United

25   States Marshal.

26   ////

                                          1

1       4.  Within fifteen days from the date of this order, plaintiff shall submit to the United

2  States Marshal an original and five copies of the completed summons, five copies of the

3  complaint, five copies of the scheduling order and a completed USM-285 form, and *shall file a*

4  *statement with the court that said documents have been submitted to the United States Marshal.*

5       5.  The United States Marshal is directed to serve all process without prepayment of costs

6  not later than sixty days from the date of this order.  Service of process shall be completed by

7  delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8  for the Eastern District of California, and by sending two copies of the summons, complaint, and

9  scheduling order by registered or certified mail to the Attorney General of the United States at

10  Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11  the summons, complaint, and scheduling order by registered or certified mail to the

12  Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room

13  611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).

14  DATED:   October 31, 2007.

15

16  EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26